**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| RACHEL RAAK LAW and MICAH BROEKEMEIER, individuals, | ) ) ) | Case No. 4:22-cv-00176-SMR-SHL |
| Plaintiffs, | ) ) | |
| v. | ) ) | **DECLARATION OF RACHEL** |
| | ) | **RAAK LAW IN SUPPORT OF** |
| ROBERT GAST, in his official capacity as State Court Administrator for the Iowa Judicial Branch, | ) ) ) | **PLAINTIFFS' MOTION FOR** **PRELIMINARY INJUNCTION** |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF RACHEL RAAK LAW**

I, Rachel Raak Law, declare under penalty of perjury that the following is true and correct to the best of my present knowledge, information, and belief:

1.  I am a citizen of the United States, over 18 years of age, and a Plaintiff in this matter.

2.  I am a female resident of Woodbury County, Iowa.

3.   Woodbury County is part of Iowa's Fourth Congressional District as outlined in Senate Bill 621, which takes effect beginning with elections in 2022.

4.  From 2012 to 2018, I served on the District Judicial Nominating Commission for District 3B. As a commissioner, I interviewed candidates to be judges on Iowa's district courts. I would like to serve my community by interviewing candidates for Iowa's appellate courts as a member of the State Judicial Nominating Commission.

5.  The next election for the State Judicial Nominating Commission will occur in January 2023. I would like to stand for election to the State Judicial Nominating Commission. The Iowa

Gender Quota challenged in this lawsuit requires that a male commissioner be elected from my district in the next election.

6. Because of my gender, I am disqualified from running for a seat on the State Judicial Nominating Commission in the next election. I am a U.S. Citizen, an Iowa resident, a resident of Iowa's Fourth Congressional District, and over 18 years of age. I have never served on the State Judicial Nominating Commission, and I do not presently hold an office of profit of the United States or of the State. I do not intend to hold an office of profit of the United States or of the State at the time of the election for the Judicial Nominating Commission.


SIGNED this __6__ day of June 2022, at __12:40pm__ in Sioux City, IA

Rachel Raak Law
_____
Rachel Raak Law