# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| RACHEL RAAK LAW and MICAH BROEKEMEIER, individuals, | ) ) ) Case No. 4:22-cv-00176-SMR-SHL |
| Plaintiffs, | ) ) ) |
| v. | ) **DECLARATION OF MICAH** |
| | ) **BROEKEMEIER IN SUPPORT OF** |
| ROBERT GAST, in his official capacity as | ) **PLAINTIFFS' MOTION FOR** |
| State Court Administrator for the Iowa | ) **PRELIMINARY INJUNCTION** |
| Judicial Branch, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF MICAH BROEKEMEIER

I, Micah Broekemeier, declare under penalty of perjury that the following is true and correct to the best of my present knowledge, information, and belief:

1. I am a citizen of the United States, over 18 years of age, and a Plaintiff in this matter.

2. I am a male resident of Johnson County, Iowa.

3. Johnson County is part of Iowa's First Congressional District as outlined in Senate Bill 621, which takes effect beginning with elections in 2022.

4. I currently serve on the candidate nominating committee for the Johnson County Republicans. As part of that committee, I interview Iowans who would make good candidates to run for public office. I would like to serve my community by interviewing candidates for Iowa's appellate courts as a member of the State Judicial Nominating Commission.

5. The next election for the State Judicial Nominating Commission will occur in January 2023. I would like to stand for election to the State Judicial Nominating Commission. The Iowa

Gender Quota challenged in this lawsuit requires that a female commissioner be elected from my district in the next election.

6. But for my gender, I am qualified to run for the State Judicial Nominating Commission. I am a U.S. Citizen, an Iowa resident, a resident of Iowa's First Congressional District, and over 18 years of age. I have never served on the State Judicial Nominating Commission, and I do not presently hold an office of profit of the United States or of the State. I do not intend to hold an office of profit of the United States or of the State at the time of the election for the Judicial Nominating Commission.

SIGNED this 6 day of June 2022, at Iowa City, Iowa.

_Micah Broekemeier_