## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose
Case No. 4:22-cv-00176-SMR-SHL : Clerk's Court Minutes – Preliminary Injunction Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| Rachel Raak Law | Robert Gast |
| Micah Broekemeier | |

Plaintiff(s) Counsel: Alan R. Ostergren, Anastasia P. Boden and Wencong Fa

Defendant(s) Counsel: Samuel P. Langholz and David Michael Ranscht

Court Reporter: Kelli Mulcahy : Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| [16] Plaintiff's Motion for Preliminary Injunction | | : | X |

Proceedings:

1:00 Court in session. 1:01 Court takes up Plaintiff's Motion for Preliminary Injunction [16]. 1:02 Plaintiffs' present argument. 1:31 Defense presents argument. 2:00 Plaintiffs' present rebuttal argument. Matter is taken under advisement. 2:06 Adjourn.

Time Start: 1:00 pm
Time End: 2:06 pm
Date: July 19, 2022

/s./ K. Chrismer
_____
Deputy Clerk