## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| RACHEL RAAK LAW and MICAH BROEKEMEIER, individuals, | ) ) Case No. 4:22-cv-00176-SMR-SBJ |
| Plaintiffs, | ) ) |
| v. | ) **NOTICE OF APPEAL** ) ) |
| ROBERT GAST, in his official capacity as State Court Administrator for the Iowa Judicial Branch, | ) ) ) ) |
| Defendant. | ) ) |

Plaintiffs Rachel Raak Law and Micah Broekemeier, hereby appeal, pursuant to 28 U.S.C. § 1292(a)(1), to the United States Court of Appeals for the Eighth Circuit from the memorandum and order of the district court, entered on November 20, 2022 (ECF No. 36), denying Plaintiffs' motion for a preliminary injunction.

DATED: November 22, 2022.

1

Respectfully submitted,

| | |
|---|---|
| ALAN R. OSTERGREN<br>President and Chief Counsel<br>THE KIRKWOOD INSTITUTE, INC.<br>500 Locust Street, Suite 199<br>Des Moines, Iowa 50309<br>Telephone: (515) 207-0134<br>alan.ostergren@kirkwoodinstitute.org | *s/ Wencong Fa*<br>WENCONG FA*<br>Cal. Bar No. 301679<br>ANASTASIA P. BODEN*<br>Cal. Bar No. 281911<br>PACIFIC LEGAL FOUNDATION<br>555 Capitol Mall, Suite 1290<br>Sacramento, California 95814<br>Telephone: (916) 419-7111<br>WFa@pacificlegal.org<br>ABoden@pacificlegal.org<br><br>LAURA M. D'AGOSTINO*<br>D.C. Bar No. 241868<br>PACIFIC LEGAL FOUNDATION<br>3100 Clarendon Blvd., Suite 1000<br>Arlington, Virginia 22201<br>Telephone: (202) 888-6881<br>LDAgostino@pacificlegal.org |

*Attorneys for Plaintiffs*
*\* Pro Hac Vice*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 22, 2022, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system, which will provide notice of the submission of this document to all counsel of record.

                                      s/ *Wencong Fa*
                                      WENCONG FA*
                                      Cal. Bar No. 301679

                                      *Attorney for Plaintiffs*
                                      * *Pro hac vice*