# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 30, 2022

Mr. Wencong Fa
PACIFIC LEGAL FOUNDATION
Suite 1290
555 Capitol Mall
Sacramento, CA  95814

RE:  22-3479  Rachel Raak Law, et al v. Robert Gast

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc: Ms. Anastasia Boden
    Mr.  Clerk, U.S. District Court, Southern Iowa
    Ms. Laura D'Agostino
    Mr. Samuel Paul Langholz
    Mr. Alan R. Ostergren
    Mr. David Michael Ranscht
    Mr. Jeffrey S. Thompson

District Court/Agency Case Number(s):   4:22-cv-00176-SMR

**Caption For Case Number:   22-3479**

Rachel Raak Law, an individual; Micah Broekemeier, an individual

      Plaintiffs - Appellants

v.

Robert Gast, in his official capacity as State Court Administrator for the Iowa Judicial Branch

      Defendant - Appellee

**Addresses For Case Participants:   22-3479**

Mr. Wencong Fa
PACIFIC LEGAL FOUNDATION
Suite 1290
555 Capitol Mall
Sacramento, CA  95814

Ms. Anastasia Boden
PACIFIC LEGAL FOUNDATION
Suite 1290
555 Capitol Mall
Sacramento, CA  95814

Mr.  Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Ms. Laura D'Agostino
PACIFIC LEGAL FOUNDATION
Suite 1000
3100 Clarendon Boulevard
Arlington, VA  22201

Mr. Samuel Paul Langholz
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

Mr. Alan R. Ostergren
ALAN OSTERGREN
Suite 199
500 Locust Street
Des Moines, IA  50309

Mr. David Michael Ranscht
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

Mr. Jeffrey S. Thompson
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001