## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 22-3479

Rachel Raak Law, an individual and Micah Broekemeier, an individual

Appellants

v.

Robert Gast, in his official capacity as State Court Administrator for the Iowa Judicial Branch

Appellee

------------------------------------------------------------

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:22-cv-00176-SMR)

------------------------------------------------------------

**ORDER**

Appellants' emergency motion for preliminary injunction pending appeal is denied.


December 27, 2022


Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans