## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 22-3479

_____

Rachel Raak Law, an individual; Micah Broekemeier, an individual

Plaintiffs - Appellants

v.

Robert Gast, in his official capacity as State Court Administrator for the Iowa Judicial Branch

Defendant - Appellee

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:22-cv-00176-SMR)

---

**JUDGMENT**

Appellants' stipulation for dismissal of the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 06, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans