# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3479

Rachel Raak Law, an individual and Micah Broekemeier, an individual

Appellants

v.

Robert Gast, in his official capacity as State Court Administrator for the Iowa Judicial Branch

Appellee

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:22-cv-00176-SMR)

---

**MANDATE**

In accordance with the judgment of January 6, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 06, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit