IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| RACHEL RAAK LAW; MICAH BROEKEMEIER; and CHARLES HURLEY, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT GAST, in his official capacity as State Court Administrator for the Iowa Judicial Branch,<br><br>Defendant. | Case No. 4:22-CV-00176-SMR-SHL<br><br>**Defendant's Motion to Dismiss First Amended Complaint (in part)** |

COMES NOW Defendant Robert Gast and moves under Federal Rule of Civil Procedure 12(b)(1) to dismiss Plaintiffs Rachel Raak Law and Micah Broekemeier from this case. In support of this motion, Gast states as follows:

1. Plaintiffs sue to enjoin the gender-balance requirement for elected commissioners to the State Judicial Nominating Commission provided for by Iowa Code section 46.2(1). They argue that requiring equal balance of men and women is a violation of the Equal Protection Clause of the United State Constitution. They seek declaratory and injunctive relief, and attorneys' fees and costs.

2. But as to Plaintiff Rachel Raak Law and Plaintiff Micah Broekemeier, the First Amended Complaint (FAC) pleads and asserts only past harm.

3. Past harm does not provide standing to seek injunctive relief because redressability is absent. *See Harmon v. City of Kansas City*, 197 F.3d 321, 327 (8th Cir. 1999).

4. Additionally, while all three Plaintiffs raise identical claims, Raak Law's and Broekemeier's are moot. They attempted to obtain an injunction against the statute before January 2023, but were unsuccessful, and now the election has occurred. For the next commissioner election in 2025, both Raak Law and Broekemeier are eligible under section 46.2 to run for commissioner vacancies in their respective home districts. Thus, any ruling the Court makes would be ineffectual as to Raak Law and Broekemeier.

5. Gast does not currently seek to dismiss Plaintiff Charles Hurley.

6. Gast has set forth his arguments in greater detail in the attached Brief in Support of Defendant's Motion to Dismiss First Amended Complaint.

WHEREFORE, Defendant Robert Gast asks the Court to dismiss this case and assess all costs to Plaintiffs.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

SAMUEL P. LANGHOLZ
Chief Deputy Attorney General

*/s/ David M. Ranscht*
DAVID M. RANSCHT
Assistant Attorney General
Iowa Department of Justice
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
(515) 281-7175
sam.langholz@ag.iowa.gov
david.ranscht@ag.iowa.gov

ATTORNEYS FOR DEFENDANT

— 3 —

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties of record by delivery in the following manner on February 23, 2023:

☐ U.S. Mail  ☐ Email
☐ Hand Delivery  ☐ Overnight Courier
☐ Federal Express  ☐ Other
☒ CM/ECF

Signature: */s/ David M. Ranscht*