# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| RACHEL RAAK LAW, MICAH BROEKEMEIER, and CHARLES HURLEY, individuals, | Case No. 4:22-cv-00176-SMR-SBJ |
| Plaintiffs, | **UNOPPOSED MOTION OF ATTORNEY WENCONG FA TO WITHDRAW** |
| v. | |
| ROBERT GAST, in his official capacity as State Court Administrator for the Iowa Judicial Branch, | |
| Defendant. | |

Plaintiffs' attorney Wencong Fa moves this Court for permission to withdraw as attorney for Plaintiffs. Mr. Fa is leaving Pacific Legal Foundation effective June 1, 2023. The Plaintiffs will continue to be represented by the attorneys below.

Counsel for the parties have conferred and the motion is unopposed.

The following information is provided pursuant to LR 83(d)(6): A trial date has been set. There are no motions pending before this Court.

DATED: May 30, 2023.

1

Respectfully submitted,

| | |
|---|---|
| ALAN R. OSTERGREN<br>President and Chief Counsel<br>THE KIRKWOOD INSTITUTE, INC.<br>500 Locust Street, Suite 199<br>Des Moines, Iowa 50309<br>Telephone: (515) 207-0134<br>alan.ostergren@kirkwoodinstitute.org | *s/ Wencong Fa*<br>WENCONG FA*<br>Cal. Bar No. 301679<br>JOSHUA P. THOMPSON*<br>Cal. Bar No. 250955<br>ERIN E. WILCOX*<br>Cal. Bar No. 337427<br>PACIFIC LEGAL FOUNDATION<br>555 Capitol Mall, Suite 1290<br>Sacramento, California 95814<br>Telephone: (916) 419-7111<br>WFa@pacificlegal.org<br>JThompson@pacificlegal.org<br>EWilcox@pacificlegal.org<br><br>LAURA M. D'AGOSTINO*<br>D.C. Bar No. 241868<br>PACIFIC LEGAL FOUNDATION<br>3100 Clarendon Blvd., Suite 1000<br>Arlington, Virginia 22201<br>Telephone: (202) 888-6881<br>LDAgostino@pacificlegal.org |

*Attorneys for Plaintiffs*
*\* Pro Hac Vice*

3

## CERTIFICATE OF SERVICE

  I hereby certify that on May 30, 2023, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system, which will provide notice of the submission of this document to all counsel of record.

               s/ *Wencong Fa*
              WENCONG FA*
              Cal. Bar No. 301679

              *Attorney for Plaintiffs*
              * *Pro hac vice*