IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CHARLES HURLEY, individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT GAST, in his official capacity as ) <br> State Court Administrator for the Iowa Judicial ) <br> Branch, ) <br> ) <br> Defendant. ) <br> ) | Case No. 4:22-cv-00176-SMR-SBJ <br><br><br> **<u>DECLARATION OF <br> CHARLES HURLEY IN SUPPORT <br> OF PLAINTIFF'S MOTION FOR <br> SUMMARY JUDGMENT</u>** |

I, Charles Hurley, declare under penalty of perjury that the following is true and correct to the best of my present knowledge, information, and belief:

1. I am a citizen of the United States, over 18 years of age, and a Plaintiff in this matter.

2. I am a male resident of Polk County, Iowa, which is in Iowa's Third Congressional District.

3. I have been licensed to practice law in Iowa since 1983.

4. I have not previously served on the State Judicial Nominating Commission.

5. I do not currently hold nor do I intend to hold an office of profit of the United States or of the State of Iowa.

6. Iowa's Third Congressional District will elect its next State Judicial Nominating Commission representative in January 2025.

7. Per Iowa Code §46.2(1), this seat must be filled by a female.

8. It is my understanding that the application process for the January 2025 State Judicial Nominating Commission election will begin in December 2024.

9. When the application process for the January 2025 State Judicial Nominating Commission elections begins, I intend to submit an application to be placed on the ballot for the elective opening in the Third Congressional District.

10. I want to serve as an elected commissioner on the State Judicial Nominating Commission because as an experienced attorney, former state representative, and former chair of the Iowa House Judiciary Committee, I believe I can use my extensive experience and knowledge of judiciary issues to serve my community.

Dated this 30th day of August 2023, at Urbandale, Iowa.

Charles Hurley