**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| CHARLES HURLEY, an individual, ) | |
| ) | Case No. 4:22-cv-00176-SMR-SBJ |
| Plaintiff, ) | |
| ) | |
| v. ) | **DECLARATION OF** |
| ) | **LAURA D'AGOSTINO** |
| ROBERT GAST, in his official capacity as ) | |
| State Court Administrator for the Iowa ) | |
| Judicial Branch, ) | |
| ) | |
| Defendant. ) | |

I, Laura D'Agostino, declare as follows:

1. I am an attorney representing the Plaintiff in the above-captioned case. I am therefore personally familiar with the facts and circumstances of this case referenced herein, including the discovery process. I submit this declaration and attached appendix in support of Plaintiff's motion for summary judgment.

2. Attached hereto as App. 0001 is a list showing the gender breakdown of State and District Judicial Nominating Commissions, dated April 21, 1986. This document was produced in discovery with Bates number DEF 000521.

3. Attached hereto as App. 0002–0012 are lists containing the names of people who sought to be elected to the State Judicial Nominating Commission. These documents were produced during discovery with Bates numbers DEF 000780 through DEF 000790.

4. Attached hereto as App. 0013–0017 are excerpts from Defendant's Response to Plaintiffs' First Set of Interrogatories, dated April 7, 2023.

1

5. Attached hereto as App. 0018–0067 are excerpts from Iowa Registers, Acts & Joint Resolutions, and State Rosters. These documents were produced during discovery with Bates numbers DEF 000541 through DEF 000647.

6. Attached hereto as App. 0068–0088 are excerpts from the deposition transcript of Robert Gast, taken July 6, 2023.

7. Attached hereto as App. 0089–0095 are excerpts from former plaintiff Rachel Raak Law's Responses and Objections to Defendant's First Set of Interrogatories, dated July 31, 2023.

8. Attached hereto as App. 0096 is a Notice of Pending Elections for State Judicial Nominating Commissioners, dated Dec. 1, 2022. This document is publicly available at https://www.iowacourts.gov/static/media/cms/Notice_of_Pending_Elections_for_Sta_0D198566AEAAC.pdf

9. Attached hereto as App. 0097–0103 are excerpts from former plaintiff Micah Broekemeier's Responses and Objections to Defendant's First Set of Interrogatories, dated July 31, 2023.

10. Attached hereto as App. 0104–0110 are excerpts from Plaintiff Charles Hurley's Responses and Objections to Defendant's First Set of Interrogatories, dated July 31, 2023.

11. Attached hereto as App. 0111–0134 are excerpts from the deposition transcript of Dr. Rachel Paine Caufield, taken July 21, 2023.

12. Attached hereto as App. 0135–0140 are excerpts from the transcript of the hearing on Plaintiffs' Motion for Preliminary Injunction, held July 19, 2022.

13. Attached hereto as App. 0141–0144 are excerpts from Defendant's Response to Plaintiff's First Set of Requests for Admissions.

*   *   *

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of September, 2023, at Centreville, Virginia.

_____
Laura D'Agostino