**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| CHARLES HURLEY, individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT GAST, in his official capacity as ) <br> State Court Administrator for the Iowa ) <br> Judicial Branch, ) <br> ) <br> Defendant. ) <br> ) | Case No. 4:22-cv-00176-SMR-SBJ <br><br> **JOINT MOTION FOR CONTINUANCE OF FEBRUARY 20-21, 2024, TRIAL SETTING** <br><br> **(Expedited Relief Requested)** |

Plaintiff Charles Hurley and Defendant Robert Gast, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 7(j), respectfully move for a continuance of the February 20–21, 2024, trial setting and corresponding pretrial deadlines. The parties state as follows:

1. A bench trial in this matter is currently scheduled for February 20 and 21, 2024, before Chief Judge Stephanie M. Rose.

2. A Final Pretrial Conference is scheduled for January 18, 2024.

3. On September 1, 2023, both parties filed motions for summary judgment. *See* ECF Nos. 86 and 87.

4. This case concerns the constitutionality of the gender balance requirement of Iowa Code section 46.2.

5. Both parties believe the constitutionality of this statute can be decided on the summary judgment record and briefing, without need for trial.

6. The parties agree a continuance will conserve judicial resources by allowing additional time for a summary judgment ruling, which is likely to preclude the need for a trial and unnecessary pretrial preparation.

7. The parties request this Court continue the Final Pretrial Conference to date on or after April 22, 2024, and the bench trial to a date on or after May 20 and 21, 2024, but before December 2, 2024.

8. The parties agree this continuance will not result in prejudice to any party.

9. The trial and final pretrial conference dates have not previously been continued or extended.

10. Due to the rapidly approaching deadlines for pretrial filings, the Parties request expedited relief on this motion.

11. Pursuant to Federal Rule of Civil Procedure 16(b)(4), a scheduling order may be modified only for good cause and with the judge's consent. Good cause exists for this extension, which is sought to allow additional time for the Court to resolve the pending dispositive motions, conserves party and judicial resources, and does not prejudice either party.

WHEREFORE, Plaintiff respectfully requests the Court grant the Motion on an expedited basis and enter an Amended Scheduling Order consistent with the deadlines requested above.

DATED: January 4, 2024.

| | |
|---|---|
| ALAN R. OSTERGREN<br>President and Chief Counsel<br>THE KIRKWOOD INSTITUTE, INC.<br>500 Locust Street, Suite 199<br>Des Moines, Iowa 50309<br>Telephone: (515) 207-0134<br>alan.ostergren@kirkwoodinstitute.org | *s/ Erin E. Wilcox*<br>ERIN E. WILCOX*<br>Cal. Bar No. 337427<br>JOSHUA P. THOMPSON*<br>Cal. Bar No. 250955<br>PACIFIC LEGAL FOUNDATION<br>555 Capitol Mall, Suite 1290<br>Sacramento, California 95814<br>Telephone: (916) 419-7111<br>EWilcox@pacificlegal.org<br>JThompson@pacificlegal.org<br><br>LAURA M. D'AGOSTINO*<br>D.C. Bar No. 241868<br>PACIFIC LEGAL FOUNDATION<br>3100 Clarendon Blvd., Suite 1000 |

Arlington, Virginia 22201
Telephone: (202) 888-6881
LDAgostino@pacificlegal.org

*Attorneys for Plaintiff*

BRENNA BIRD
Attorney General of Iowa

/s/ *David M. Ranscht*
DAVID M. RANSCHT

/s/ *Daniel J. Johnston*
DANIEL J. JOHNSTON

Assistant Attorneys General
Iowa Department of Justice
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
(515) 281-7175
david.ranscht@ag.iowa.gov
daniel.johnston@ag.iowa.gov

*Attorneys for Defendant*