# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Charles Hurley

                        **CIVIL NUMBER:   4:22-cv-00176-SMR-SBJ**

      Plaintiff(s),

v.                            **JUDGMENT IN A CIVIL CASE**

Robert Gast

      Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**:

Judgment is entered in favor of Plaintiff against Defendant. Case closed.

Date: January 11, 2024

                                            CLERK, U.S. DISTRICT COURT

                                            /s/  A. Lee

                                            By: A. Lee