IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CHARLES HURLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT GAST, in his official capacity as State Court Administrator for the Iowa Judicial Branch,<br><br>    Defendant. | Case No. 4:22-CV-00176-SMR-SBJ<br><br>**DEFENDANT'S OBJECTIONS TO BILL OF COSTS** |

    Defendant Robert Gast objects under Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54(a)(1)(C) to the taxation of certain costs submitted by Plaintiff Charles Hurley. Gast pleads as follows:

    1.    Defendant objects to the taxation of the $55 cost for service on Defendants by HSPS Legal Services. Fees paid to private process servers, as opposed to the United States Marshals Service, are not taxable as costs in the Eighth Circuit. *See* 28 U.S.C. § 1920(1); *Crues v. KFC Corp.*, 768 F.2d 230, 234 (8th Cir. 1985); *see also Nicholson v. Biomet, Inc.*, 537 F. Supp. 3d 990, 1034 (N.D. Iowa 2021) ("[P]laintiff agrees that the . . . cost for a private process server is not recoverable and abandons that claim."); United States District Court for the Southern District of Iowa, *Bill of Costs Guidelines* § II(B) [hereinafter *Guidelines*].

    2.    Defendant objects to the taxation of the $65 shipping and handling charge for the deposition of Dr. Rachel Caufield. Court reporter postage or delivery charges for a deposition are not taxable as costs in the Eighth Circuit. *See Smith v.*

1

*Tenet Healthsys. SL, Inc.*, 436 F.3d 879, 889 (8th Cir. 2006) ("Smith should not have been taxed the delivery costs for . . . depositions."); *see also Burciaga v. Ravago Ams. LLC*, No. 4:13-cv-00002, 2014 WL 11370490, at *3 (S.D. Iowa Oct. 9, 2014) (finding a claim for costs was "appropriately reduced" by an amount representing "shipping and handling for [a] deposition transcript"); *Guidelines* § II(D).

        Respectfully submitted,

        BRENNA BIRD
        Attorney General of Iowa

        /s/ *David M. Ranscht*
        DAVID M. RANSCHT

        /s/ *Daniel J. Johnston*
        DANIEL J. JOHNSTON
        Assistant Attorneys General
        Iowa Department of Justice
        1305 E. Walnut Street, 2nd Floor
        Des Moines, Iowa 50319
        (515) 281-7175
        david.ranscht@ag.iowa.gov
        daniel.johnston@ag.iowa.gov
        ATTORNEYS FOR DEFENDANT

*Copies electronically served on all parties of record.*

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on February 7, 2024:

☐ U.S. Mail     ☐ FAX
☐ Hand Delivery     ☐ Overnight Courier
☐ Federal Express     ☐ Other
☒ CM/ECF

Signature: */s/ Josie Bollman*